1

2

3

4

5                    UNITED STATES DISTRICT COURT

6                         DISTRICT OF NEVADA

7                                  * * *

8   ALEXIS MCLEMORE,                    )
                                        )
9            Plaintiff,                  )        2:10-cv-1801-LDG-RJJ
                                        )
10  vs.                                  )
                                        )
11  THE SHADE TREE,                      )        O R D E R
                                        )
12           Defendant,                  )
    _____)

13
           This matter is before the Court on an Application to Proceed in District Court Without
14
    Prepaying Fees or Costs (#1).
15
           The Court having reviewed the Application (#1) and the proposed complaint attached
16
    thereto and good cause appearing therefore,
17
           IT IS HEREBY ORDERED that a status hearing is scheduled for November 15, 2010, at
18
    11:30 AM in courtroom3D, 3d floor, Lloyd D. George United States Courthouse, 333 Las Vegas
19
    Blvd. So., Las Vegas, Nevada.
20
           IT IS FURTHER ORDERED that only Plaintiff, Alexis McLemore,  is required to appear
21
    in Court for this hearing. Plaintiff is advised that failure to appear for this hearing may result in a
22
    recommendation that this case be dismissed.
23
           IT IS FURTHER ORDERED that the Clerk shall serve a copy of this Order on the
24
    Plaintiff by certified mail, return receipt requested.
25
           DATED this  _20th_  day of October, 2010.
26

27
                                              _____
28                                            ROBERT J. JOHNSTON
                                              United States Magistrate Judge