1

2

3

4

5

6

7

8
                        UNITED STATES DISTRICT COURT

                              DISTRICT OF NEVADA

9                                    * * *

ALEXIS MCLEMORE,                          )
10                                        )
                                          )
11          Plaintiff,                    )          2:10-cv-1801-LDG–RJJ
                                          )
12   vs.                                  )
                                          )
13                                        )
     THE SHADE TREE,                      )          REPORT AND RECOMMENDATION
14                                        )              OF UNITED STATES
                                          )            MAGISTRATE JUDGE
15                                        )          _____
            Defendant,                    )
16   _____)

17          The Court having reviewed this case makes the following findings:

18          1.     Plaintiff, Alexis McLemore, failure to file an acceptable amended complaint as

19          ordered.  *See*. Minutes of Proceedings (#5).

20          2.     Plaintiff, Alexis McLemore, failed to respond to an Order to Show Cause (#13)

21          why this case should not be dismissed for her failure to prosecute.

22          3.     Finally, Plaintiff, Alexis McLemore, has filed an appeal with the Ninth Circuit

23          Court of Appeals which was dismissed for lack of jurisdiction. *See*, Order of

24          USCA, Ninth Circuit (#12).

25          Good cause appearing therefore,

26                                   **RECOMMENDATION**

27          IT IS THE RECOMMENDATION of the undersigned Magistrate Judge that this case be

28   **DISMISSED WITH PREJUDICE**.

1

**NOTICE**

2      Pursuant to Local Rule IB 3-2 [former LR 510-2] any objection to this Report and

3   Recommendation must be in writing and filed with the Clerk of the Court within fourteen (14)

4   days after service of this Notice.  The Supreme Court has held that the courts of appeal may

5   determine that an appeal has been waived due to the failure to file objections within the specified

6   time.  Thomas v. Arn, 474 U.S. 140 (1985), reh'g denied, 474 U.S. 1111 (1986).  This Circuit has

7   also held that (1) failure to file objections within the specified time and (2) failure to properly

8   address and brief the objectionable issues waives the right to appeal the District Court's order

9   and/or appeal factual issues from the order of the District Court.  Martinez v. Ylst, 951 F.2d 1153

10  (9th Cir. 1991); Britt v. Simi Valley United Sch. Dist., 708 F.2d 452, 454 (9th Cir. 1983).

11      DATED this   11th   day of August, 2011.

12

13

14                                    _____
                                      ROBERT J. JOHNSTON
15                                    United States Magistrate Judge

16

17

18

19

20

21

22

23

24

25

26

27

28