# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ALEXIS MCLEMORE,

    Plaintiff,

v.

THE SHADE TREE,

    Defendant.

Case No. 2:10-cv-01801-LDG (RJJ)

**ORDER**

By Report of August 11, 2011 (#21), the Magistrate Judge recommends that this matter by dismissed with prejudice for plaintiff's failure to file an acceptable amended complaint and failure to respond to an Order to Show Cause why this matter should not be dismissed for failure to prosecute.  The Magistrate Judge expressly notified plaintiff that any objection to the Report and Recommendation must be in writing and must be filed with the Clerk of the Court within fourteen days after service of the notice.  The plaintiff has not filed objections to the Report and Recommendation.

Accordingly,

THE COURT **ADOPTS** the Report and Recommendation (#21).

THE COURT **ORDERS** that this matter is DISMISSED with prejudice.

1    THE COURT FURTHER **ORDERS** that plaintiff's Application for Leave to Proceed in
2 Forma Pauperis (#1) is DENIED as moot.
3    THE COURT FURTHER **ORDERS** that plaintiff's Motion for Leave to Proceed in
4 Forma Pauperis on Appeal (#7) is DENIED as moot.

6    DATED this ___ day of September, 2011.

_____
Lloyd D. George
United States District Judge